UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TODD COLTON,

    Plaintiff,

v.                                                        No. 1:23-CV-027-H

EQUIPMENTSHARE.COM, INC.,

    Defendant.

## ORDER OF DISMISSAL

    Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 16. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

    So ordered on February 7, 2024.

                                                      _____
                                                      JAMES WESLEY HENDRIX
                                                      UNITED STATES DISTRICT JUDGE